IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN SAMPLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:11-0024 |
| | ) | JUDGE NIXON/KNOWLES |
| | ) | |
| HENDERSON, WEINSTEIN, WYATT & ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The undersigned has received an undated letter from Ms. Jean Liu, addressed "Dear Sir or Madam." Enclosed with the letter were: (1) a copy of the Complaint filed in this action; (2) a "Notice of New Civil Action" from the Clerk of this Court; (3) a "Summons in a Civil Action" directed to Defendant in care of the New York State Department of State; and (4) a "Civil Cover Sheet" regarding the instant action.

The Clerk is directed to file a copy of the letter and the accompanying envelope as part of the record in this case.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge