UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN SAMPLES | ) |
| | ) |
| v. | ) Civil Action No. 3:11-0024 |
| | ) Judge Nixon/Knowles |
| HENDERSON, WEINSTEIN, WYATT | ) |
| & ASSOCIATES, INC. | ) |

**O R D E R**

The Initial Case Management Conference previously scheduled for April 19, 2011, at 10:00 a.m. is continued to **May 19, 2011, at 10:00 a.m.** Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge