ORDER:
Motion denied as moot.
See Docket No. 15.

*E. Clifton Knowles*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

U.S. Magistrate Judge

| | | |
|---|---|---|
| **STEPHEN SAMPLES,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 3:11-0024** |
| **HENDERSON, WEINSTEIN, WYATT** | ) | |
| **& ASSOCIATES, INC**. | ) | District Judge John T. Nixon |
| | ) | |
| **Defendants.** | ) | Magistrate Judge E. Clifton Knowles |
| | ) | |
| | ) | |

<u>**MOTION TO VACATE APRIL 19, 2011**</u>
<u>**CASE MANAGEMENT CONFERENCE AND CONTINUE FOR 45 DAYS**</u>

Pursuant to Local Rule 16.01(d)(1)b.2, and in accordance with the Notice of Setting Of Initial Case Management Conference, Plaintiff Stephen Samples moves the Honorable Court for a Continuance of the Case Management Conference set for April 19, 2011. Defendant Henderson, Weinstein, Wyatt & Associates, Inc., has yet to enter an appearance in this matter and, therefore, the proposed case management order cannot be submitted electronically on time. Plaintiff's counsel has contacted the Magistrate Judge's office to reschedule the conference and has filed a Motion for Default Judgment..

Mr. Samples respectfully requests that the Case Management Conference be continued for a period of 45 days to allow sufficient time for Defendant to appear, answer, and prepare a proposed case management order, or for a default order to be entered.

1