UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **STEPHEN SAMPLES** | ) |
| | ) |
| v. | ) Civil Action No. 3:11-0024 |
| | ) Judge Nixon/Knowles |
| **HENDERSON, WEINSTEIN, WYATT &** | ) |
| **ASSOCIATES, INC., et al.** | ) |

## O R D E R

Pursuant to the Notice of Dismissal filed by the Plaintiff (Docket Entry No. 29), the Initial Case Management Conference scheduled for July 5, 2011, at 10:00 a.m., is CANCELLED.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge