IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN SAMPLES, | )<br>) |
| *Plaintiff,* | )<br>) |
| v. | ) Case No. 3:11-cv-00024<br>) Judge Nixon<br>) Magistrate Judge Knowles |
| HENDERSON, WEINSTEIN, WYATT &<br>ASSOCIATES, INC. and LEON H.<br>MARTIN, III, | )<br>)<br>) JURY DEMAND |
| *Defendants.* | )<br>) |

## ORDER

The Court has received notice that the parties to this case have reached a settlement, and that Plaintiff Stephen Samples thus voluntarily dismisses this case with prejudice. (Doc. No. 29.) In light of these facts, this action is hereby **DISMISSED** and the Clerk is **DIRECTED** to close the case.

It is so ORDERED.

Entered this __30th__ day of June, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT