# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN SAMPLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0024 |
| ) | |
| HENDERSON, WEINSTEIN, WYATT ) | |
| & ASSOCIATES, INC. ) | District Judge John T. Nixon |
| ) | |
| Defendants. ) | Magistrate Judge E. Clifton Knowles |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE
## TO FILE AMENDED DISMISSAL

The court, having considered Plaintiff's Motion for Leave to File Amended Dismissal, GRANTS said Motion and the clerk is directed to reinstate the case to allow Plaintiff to file the appropriate dismissal.

SO ORDERED.

Dated July 5, 2011.

_____
UNITED STATES DISTRICT JUDGE