UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| STEPHEN SAMPLES | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:11-0024 |
| HENDERSON, WEINSTEIN, WYATT & ASSOCIATES, INC. AND LEON H. MARTIN, III | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Tennessee, Plaintiff's Notice of Voluntary Dismissal of Case without Prejudice.

Respectfully submitted this 11th day of July, 2011

By: /s/ Paul K. Guibao
Paul K. Guibao
Attorney for Plaintiff
Weisberg & Meyers, LLC
5722 S. Flamingo Road, #656
Cooper City, FL 33330
Telephone: (602) 445 9819
Facsimile: (866) 565 1327
Email: pguibao@gmail.com

Notice Filed electronically on this 11th day of July, 2011, with:

United States District Court CM/ECF system


s/Jessica DeCandia
Jessica DeCandia

SO NOTED